In the Matter of the Probate of the Will of ELIZABETH M MILLER, Deceased.

ROBERT E. SWEZEY, Appellant; CLARA L. MILLER, Respondent.

Submitted May 20, 1946; decided May 29, 1946.

*Irving G. Kennedy* for motion.

No one opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.